USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEBORAH ANN GATTONI, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

MOUNT SINAI HEALTH SYSTEM, INC., MOUNT SINAI BETH ISRAEL MEDICAL CENTER a/k/a BETH ISRAEL MEDICAL CENTER, BETH ISRAEL MEDICAL CENTER,

        Defendants.

1:20-cv-02947-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff filed her Complaint on May 15, 2020 [ECF #10]. Proof of service filed with the Court on June 24, 2020, reflects that Defendant Mount Sinai Health System, Inc. was served with the Complaint on June 9, 2020 [ECF #14]. Proof of service filed with the Court on June 24, 2020, reflects that Defendant Mount Sinai Beth Israel Medical Center was served with the Complaint on June 9, 2020 [ECF #13]. Proof of service filed with the Court on June 24, 2020, reflects that Defendant Beth Israel Medical Center was served with the Complaint on June 9, 2020 [ECF #12]. To date, no Defendant has answered or otherwise responded to the Complaint or appeared in this action.

    Accordingly, it is hereby ORDERED that any motion for entry of a default judgment is due on or before **September 3, 2020**. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website.

**SO ORDERED.**

Date: August 18, 2020
New York, NY

        **MARY KAY VYSKOCIL**
        **United States District Judge**