```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH ANN GATTONI, individually and on behalf of all others similarly situated,

                Plaintiff,

                -against-

MOUNT SINAI HEALTH SYSTEM, INC., MOUNT SINAI BETH ISRAEL MEDICAL CENTER a/k/a BETH ISRAEL MEDICAL CENTER, BETH ISRAEL MEDICAL CENTER,

                Defendants.

1:20-cv-02947-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

        The Court is in receipt of a letter from the parties informing the Court that the parties have reached a settlement in principle [ECF No. 33]. Accordingly, IT IS HEREBY ORDERED that the Initial Pretrial Conference scheduled for February 2, 2021, at 11:00 AM and the deadline for the parties to submit a joint letter and Proposed Case Management Plan and Scheduling Order are adjourned *sine die*. IT IS FURTHER ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if a settlement agreement is not executed if the application to restore the action is made by **February 14, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: January 15, 2021
      New York, NY

                                          _____
                                          **MARY KAY VYSKOCIL**
                                          United States District Judge