USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2021

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEBORAH ANN GATTONI, Individually and on Behalf of, All Others Similarly Situated,

    Plaintiffs,

-against-

MOUNT SINAI HEALTH SYSTEM, INC., MOUNT SINAI BETH ISRAEL MEDICAL CENTER a/k/a BETH ISRAEL MEDICAL CENTER, and BETH ISRAEL MEDICAL CENTER,

    Defendants.

---

Civil Action No. 20-cv-2947

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties of the above-entitled action, by their respective undersigned attorneys, that plaintiff's complaint and all claims therein be and hereby are dismissed with prejudice.

Each party hereto agrees that this dismissal is without costs or fees. The parties further agree that no further suit will be instituted for the same causes of action which have been asserted herein, or for any other causes of action.

Dated:  February 23 ____, 2021
         New York, New York

                                      DUFFY AND DUFFY, PLLC

                           By: _____
                                     Robert J. Cristiano
                                     Duffy & Duffy, PLLC
                                     1370 RXR Plaza
                                     Uniondale, New York 11556-1370
                                     rcristiano@duffyduffylaw.com

#1762975v1

ABELL ESKEW LANDAU LLP

By: /s/ *Scott R. Landau*
Scott R. Landau
9 East 8th Street, Suite 249
New York, NY 10003
(646) 970-7340
slandau@aellaw.com

**Granted. SO ORDERED.**

Date: 2/24/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

#1762975v1